# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0430
Lower Tribunal No. 2024-MM-010251

———————————————

JOHNATHON J. OVALLE,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the County Court for Polk County.
Hope M. Pattey, Judge.

February 3, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED